Glenn R. Kantor - State Bar No.122643
  Email: gkantor@kantorlaw.net
Peter S. Sessions – State Bar No. 193301
  Email: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
LAURA BUTERA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BUTERA,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 4:25-cv-07359-KAW<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**TO THE HONORABLE KANDIS A. WESTMORE AND HER COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff LAURA BUTERA and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

//

//

//

1

**IT IS SO STIPULATED**.

Dated: May 19, 2026                          KANTOR & KANTOR, LLP

                                    By:    /s/ Peter S. Sessions
                                           Glenn R. Kantor
                                           Peter S. Sessions
                                           Attorneys for Plaintiff,
                                           Laura Butera

Dated: May 19, 2026                          MAYNARD NEXSEN

                                    By:    /S/ ROBERT HESS
                                           ROBERT HESS
                                           Attorneys for Defendant
                                           Unum Life Insurance Company of
                                           America

*Filer's Attestation:  Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Peter S. Sessions hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

## ORDER FOR DISMISSAL OF ENTIRE

## ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

DATED: ___May 26, 2026___

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL